1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   KENNETH OLIVER OWENS,                     Case No.  16-cv-03639-JD
8               Plaintiff,
                                              **ORDER OF DISMISSAL**
9        v.
                                              Re: Dkt. Nos. 2, 10
10  SAN MATEO COUNTY SUPERIOR
    COURT, et al.,
11              Defendants.
12
13          This case was opened when plaintiff submitted a civil complaint cover letter to the Court.

14  In an effort to protect his rights, it was filed as a new case.  Plaintiff was advised that he needed to

15  file a formal complaint and was given twenty-eight days to do so.  He also was sent a notice that

16  he had not paid the filing fee or submitted a complete application for leave to proceed in forma

17  pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the

18  application.  A copy of the Court's form for applications to proceed IFP was provided with the

19  notice, along with a return envelope.

20          More than twenty-eight days has passed and plaintiff has failed to submit a complaint.

21  Therefore, this case is **DISMISSED** without prejudice and the incomplete motions to proceed IFP

22  (Docket Nos. 2, 10) are **DENIED** without prejudice.  No fee is due.  The Clerk shall close the file.

23          **IT IS SO ORDERED.**

24  Dated: August 31, 2016

25
26                                            _____
27                                            JAMES DONATO
                                              United States District Judge
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH OLIVER OWENS,

        Plaintiff,

    v.

SAN MATEO COUNTY SUPERIOR
COURT, et al.,

        Defendants.

Case No.  16-cv-03639-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Oliver Owens ID: Prisoner Id 290606
Maguire Correctional Facility
300 Bradford Street
Redwood City, CA 94063

Dated: August 31, 2016

Susan Y. Soong
Clerk, United States District Court

By: _Lisa R. Clark_
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2